# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 14-_____** |
| **ODOM INDUSTRIES, INC.,** | ) | |
| | ) | **Honorable _____** |
| **Debtor.** | ) | |
| | ) | |

### EQUITY HOLDER ODOM INDUSTRIES INCORPORATED

Comes the Debtor and Debtor-In-Possession, Odom Industries Incorporated, and hereby files its list of Equity Holder pursuant to Fed. R. Bankr. P. 1007(a)(3).

    Tim Odom     100%

Dated: June 5, 2014                    Respectfully submitted,

**FROST BROWN TODD LLC**

/s/    Paige L. Ellerman
Doug L. Lutz, Esq. (0064761)
Paige L. Ellerman, Esq. (0071561)
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
E-mail: dlutz@fbtlaw.com
E-mail: pellerman@fbtlaw.com

*Attorneys for Debtor*

0129200.0617277  4815-5260-7515v1