B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Ohio

In re __Odom Industries, Inc.__ ,
                Debtor

Case No. __1:14-bk-12401__
Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Evonik Corporation<br>650 Industrial Rd.<br>Blair, NE 68008 | Evonik Corporation<br>650 Industrial Rd.<br>Blair, NE 68008 | LITIGATION | Unliquidated | $498,000.00 |
| Tyron Trucking Inc<br>PO Box 68<br>Fairless Hills, PA 19030 | Tyron Trucking Inc<br>PO Box 68<br>Fairless Hills, PA 19030<br><br>ph: (215) 295-6622<br>fx: (215) 295-7168 | ACCOUNTS PAYABLE | Unliquidated | $331,939.28 |
| Metro Industrial Contracting Inc<br>13040 Capital St.<br>Oak Park, MI 48237 | Metro Industrial Contracting Inc<br>13040 Capital St.<br>Oak Park, MI 48237 | LITIGATION | Unliquidated | $204,629.60 |
| DMC Clad Metal<br>5405 Spine Road<br>Boulder, CO 80301 | DMC Clad Metal<br>5405 Spine Road<br>Boulder, CO 80301<br><br>ph: (800) 821-2666<br>fx: (303) 604-1897 | ACCOUNTS PAYABLE | Unliquidated | $160,928.50 |
| Allegheny Ludlum<br>Jessup Steel Company<br>Chicago, IL 60693 | Allegheny Ludlum<br>Jessup Steel Company<br>Chicago, IL 60693<br><br>ph: (708) 974-8801 | ACCOUNTS PAYABLE | Unliquidated | $147,398.63 |
| Maxim Crane<br>840 Licking Pike<br>Wilder, KY 41076 | Maxim Crane<br>840 Licking Pike<br>Wilder, KY 41076<br><br>ph: (859) 441-7400<br>fx: (859) 442-6201 | ACCOUNTS PAYABLE | Unliquidated | $102,275.00 |
| Wright Bros.<br>1930 Losantiville<br>Cincinnati, OH 45237 | Wright Bros.<br>1930 Losantiville<br>Cincinnati, OH 45237 | ACCOUNTS PAYABLE | Unliquidated | $98,552.19 |
| Robert James<br>P.O. Box 7999<br>Buffalo, NY 14225 | Robert James<br>P.O. Box 7999<br>Buffalo, NY 14225<br><br>ph: (716) 651-6000<br>fx: (716) 651-0234 | ACCOUNTS PAYABLE | Unliquidated | $63,842.24 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Ohio

In re ___Odom Industries, Inc.___,    Case No. _____
        **Debtor**    Chapter ___11___

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| EDGEN MURRAY<br>P.O. Box 203321<br>Houston, TX 77216-3321 | EDGEN MURRAY<br>P.O. Box 203321<br>Houston, TX 77216-3321 | ACCOUNTS PAYABLE | Unliquidated | $56,915.06 |
| Edmonton Exchanger & MFG<br>5545-89 Street Edmonton<br>Alberta, T6E 5W9<br>CA | Edmonton Exchanger & MFG<br>5545-89 Street Edmonton<br>Alberta, T6E 5W9<br>CA | ACCOUNTS PAYABLE | Unliquidated | $56,747.50 |
| United Group Service<br>9740 Near Drive<br>Cincinnati, OH 45256 | United Group Service<br>9740 Near Drive<br>Cincinnati, OH 45256<br><br>ph: (513) 874-2004<br>fx: (513) 874-7473 | ACCOUNTS PAYABLE | Unliquidated | $50,237.00 |
| American Piping Prod<br>18333 Wings Corp. Dr.<br>Chesterfield, MO 63005 | American Piping Prod<br>18333 Wings Corp. Dr.<br>Chesterfield, MO 63005<br><br>ph: (636) 536-1775 | ACCOUNTS PAYABLE | Unliquidated | $40,848.06 |
| Ohio Steel Sheet<br>7845 Chestnut Ridge Rd<br>Hubbard, OH 44425 | Ohio Steel Sheet<br>7845 Chestnut Ridge Rd<br>Hubbard, OH 44425<br><br>ph: (330) 534-2400<br>fx: (330) 534-3204 | ACCOUNTS PAYABLE | Unliquidated | $40,831.40 |
| Universal Steel<br>6600 Grant Ave.<br>Cleveland, OH 44105 | Universal Steel<br>6600 Grant Ave.<br>Cleveland, OH 44105<br><br>ph: (216) 883-4972<br>fx: (216) 341-0421 | ACCOUNTS PAYABLE | Unliquidated | $35,626.30 |
| Porzio<br>100 Southgate Parkway<br>Morristown, NJ 07962 | Porzio<br>100 Southgate Parkway<br>Morristown, NJ 07962<br><br>ph: (973) 538-4006<br>fx: (973) 538-5146 | ACCOUNTS PAYABLE | Unliquidated | $32,538.94 |
| Matheson Tri-Gas Inc.<br>1151 Findlay Street<br>Cincinnati, OH 45214 | Matheson Tri-Gas Inc.<br>1151 Findlay Street<br>Cincinnati, OH 45214<br><br>ph: (513) 241-5840 | ACCOUNTS PAYABLE | Unliquidated | $26,186.73 |
| Rizzo<br>1564 Water Street<br>Covington, KY 41014 | Rizzo<br>1564 Water Street<br>Covington, KY 41014<br><br>ph: (859) 431-4700<br>fx: (859) 655-7943 | ACCOUNTS PAYABLE | Unliquidated | $26,010.00 |
| Chicago Tube and Iron Company<br>8651 Robbins Road<br>Indianapolis, IN 46268 | Chicago Tube and Iron Company<br>8651 Robbins Road<br>Indianapolis, IN 46268<br><br>ph: (317) 872-9999<br>fx: (317) 872-0642 | ACCOUNTS PAYABLE | Unliquidated | $25,933.98 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Ohio

In re   Odom Industries, Inc.   ,                                             Case No. _____
            **Debtor**                                                                            **Chapter   11**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SOUTHWEST STAINLESS<br>2004 INDUSTRIAL PARK DRIVE<br>Nederland, TX 77627 | SOUTHWEST STAINLESS<br>2004 INDUSTRIAL PARK DRIVE<br>Nederland, TX 77627 | ACCOUNTS PAYABLE | Unliquidated | $21,340.63 |
| Jacquet Midwest<br>1908 DeKoven Avenue<br>Racine, WI 53403 | Jacquet Midwest<br>1908 DeKoven Avenue<br>Racine, WI 53403 | ACCOUNTS PAYABLE | Unliquidated | $19,348.46 |