UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 14-12401 |
| | : | |
| **Odom Industries, Inc.,** | : | Chapter 11 |
| | : | |
| **Debtor.** | : | Judge |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON COUNSEL FOR HASON STEEL, INC.

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Hason Steel, Inc. ("Hason"), and pursuant to 11 U.S.C. §§ 342 and 1109(b), and Rules 2002, 9007, 9010, and 9013 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the following office address and telephone number and e-mail address set forth below:

> Raymond J. Pikna, Jr.
> Wood & Lamping LLP
> 600 Vine Street, Suite 2500
> Cincinnati, Ohio  45202
> Telephone: (513) 852-6039
> Facsimile: (513) 852-6087
> E-Mail: rjpikna@woodlamping.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, e-mail, or

otherwise that (1) affects or seeks to affect in any way any right or interest of any creditor or party in interest in this case, including Hason, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the Liquidating Trustee.

**PLEASE TAKE FURTHER NOTICE** that, as provided in Rule 3017 of the Federal Rules of Bankruptcy Procedure, Hason requests that his attorneys by provided with copies of any and all disclosure statements and plans of reorganization in this case.

**PLEASE TAKE FURTHER NOTICE** that Hason intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Hason to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) the right of Hason to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Hason's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Hason is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Hason expressly reserves.

/s/ Raymond J. Pikna, Jr.
Raymond J. Pikna, Jr. (0013135)
Wood & Lamping LLP
600 Vine Street, Suite 2500
Cincinnati, Ohio 45202
Tel. (513) 852-6039
E-mail rjpikna@woodlamping.com
Attorneys for Hason Steel, Inc.

# **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers on Counsel for Hason Steel, Inc., has been served this 5th day of June, 2014, on the following registered ECF participants, electronically through the Court's ECF System, at the e-mail address registered with the Court:

Assistant U.S. Trustee (Cincinnati)
Ustpregion09.ci.ecf@usdoj.gov

Paige Ellerman
pellerman@fbtlaw.com

                                          /s/ Raymond J. Pikna, Jr.
                                          Raymond J. Pikna, Jr.

1680202.1