# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-12401 |
| | ) | |
| Odom Industries Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Beth A. Buchanan |

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-captioned debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

**TRYON TRUCKING INC.**
c/o Craig Baum
P.O. Box 68
Fairless Hills, PA 19030
Phone: (215) 295-6622, ext. 201
Fax:    (215) 295-7168

**EDGEN MURRAY CORPORATION**
c/o Joell Keller
18444 Highland Road
Baton Rouge, LA 70809
Phone: (225) 756-9868
Fax:    (225) 756-7953

**COUNTRYMARK CO-OP LLP**
c/o Lori Foster
1200 Refinery Rd.
Mount Vernon, IN 47620
Phone: (812)838-8189
Fax: (812)838-8175

**UNITED GROUP SERVICES, INC.**
c/o Donald W. Mattingly
9740 Near Drive
Cincinnati, OH 45246
Phone: (513) 454-3255
Fax:    (513) 874-7473

**ATI - ALLEGHENY LUDLUM**
c/o Robert Suchanek
1300 Pacific Avenue
Natrona Heights, PA 15065
Phone: (724) 226-6557
Fax:    (724) 226-6466

Respectfully Submitted,

/s/ Daniel M. McDermott
United States Trustee
Region 9 Ohio/Michigan

**MAXIM CRANE WORKS, L.P.**
c/o Ryan R. Gutwald
1225 Washington Pike
Bridgeville PA 15017
Phone: (412) 504-0196
Fax: (412) 504-0136

Date:   June 24, 2014

cc:    Committee Members